**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7271**

_____

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

GLENN DUBOIS,

            Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, Chief District Judge.  (4:12-cr-00006-MSD-DEM-2)

_____

Submitted:  April 20, 2023                              Decided:  April 25, 2023

_____

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Glenn Dubois, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenn Dubois appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review a district court's order granting or denying a compassionate release motion for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review).  We have reviewed the record and conclude that the district court did not abuse its discretion.  We therefore affirm the district court's order.  *United States v. Dubois*, No. 4:12-cr-00006-MSD-DEM-2 (E.D. Va. Oct. 5, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*